JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                                                                   U.S. District Court

**Place of Offense:**          Under Seal: Yes _X_ No ___          Judge Assigned: LRV

City   Alexandria      Superseding Indictment _____   Criminal Number: _____

County/Parish _____   Same Defendant _____   New Defendant _X_

Magistrate Judge Case Number  1:25-MJ-730    Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

Defendant Information:

**Juvenile** --Yes ___ No _X_ **FBI #** _____

**Defendant Name:** JORGE FIGUEIRA    Alias Name(s) _____

**Address:** Miami, FL

**Employment:** _____

**Birth date** 1966  **SS#** 2330  **Sex** M  Def Race Hispanic  Nationality Venezuelan  Place of Birth Venezuela

**Height** ___ **Weight** ___ **Hair** ___ Eyes ___ Scars/Tattoos _____

**Interpreter:** No ___ Yes _X_  List language and/or dialect: Spanish    Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   _X_ Not in Custody

_X_ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

Defense Counsel Information:

Name: _____   ___ Court Appointed   Counsel conflicted out: _____

Address: _____   ___ Retained

Telephone: _____   ___ Public Defender   Federal Public Defender's Office conflicted out: NO

U.S. Attorney Information:

AUSA  Catherine Rosenberg    Telephone No:  703-299-3700    Bar # _____

Complainant Agency, Address & Phone Number  or Person & Title:

FBI Special Agent Stephen A. Walker

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1956(a)(1)(B)(i) | Concealment Money Laundering | 2 | Felony |
| Set 3 | 18 U.S.C. §§ 1956(a)(3)(B) | Sting Money Laundering | 3 | Felony |

(May be continued on reverse)

Date: 12/23/2025    Signature of AUSA:  /s/ Catherine Rosenberg