IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE FIGUEIRA,<br><br>　*Defendant* | Case No. 1:25-MJ-730 |

## **ORDER**

For the reasons stated in the Government's Motion to Unseal, the Court hereby ORDERS that the above-captioned case, including the complaint, affidavit in support of the complaint, and prior Motion and Order to seal, are hereby UNSEALED.

It is SO ORDERED.

*Lindsey R. Vaala*
Hon. Lindsey R. Vaala
United States Magistrate Judge

Date:　January 7, 2026
　　　　Alexandria, Virginia